```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

ILYA LIVIZ,                          )
        Plaintiff,                   )
                                     )  Civ. Action No. 18-12620-PBS
        v.                           )
                                     )
SUPREME COURT OF THE UNITED          )
STATES, et al.,                      )
        Defendants.                  )

**ORDER**
April 22, 2019

SARIS, C.D.J.

Plaintiff Ilya Liviz ("Liviz") brings this action challenging the process by which each state and federal court determines whether a lawyer may legally practice law in its respective jurisdiction. See Docket No. 1.

By Memorandum and Order dated January 9, 2019, Liviz was granted leave to proceed in forma pauperis. See Docket No. 6. Among other things, the Order explained that the complaint failed to meet the pleading requirements of the Federal Rules of Civil Procedure and failed to explicitly attribute how plaintiff is legally harmed by the admission rules of each of the defendant state courts. Id. The Order stated that this action will be dismissed unless Liviz files an amended complaint which cures the pleading deficiencies of the original complaint. Id.

The same day, on January 9, 2019, Liviz filed a motion asking this Court to reconsider its order for him to file an amended complaint or certify the matter for appeal.  See Docket No. 7.  By Electronic Order dated February 7, 2019, the Court denied Liviz's motion for reconsideration and reminded Liviz that he had until February 13, 2019 to file an amended complaint.  See Docket No. 8.

The Court's records indicate that Liviz has not filed an amended complaint and the time to do so expired.  Plaintiff's failure to comply with the court's Memorandum and Order warrants dismissal of this action.

Accordingly, for the failure to comply with this Court's directive and for the substantive reasons set forth in the January 9, 2019 Memorandum and Order (Docket No. 6), this action is hereby DISMISSED in its entirety.

SO ORDERED.

/s/ Patti B. Saris
PATTI B. SARIS
CHIEF UNITED STATES DISTRICT JUDGE