```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

ILYA LIVIZ,                        )
        Plaintiff,                 )
                                   )  Civ. Action No. 18-12620-PBS
        v.                         )
                                   )
SUPREME COURT OF THE UNITED        )
STATES, et al.,                    )
        Defendants.                )
```

**ORDER OF DISMISSAL**

SARIS, C.D.J.

    For the reasons stated in the Order dated April 22, 2019, this action is hereby DISMISSED in its entirety.

                                  ROBERT M. FARRELL
                                  CLERK OF COURT


Dated: 4/22/19          By /s/ Maryellen Molloy
                            Deputy Clerk